

**FILED**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE**

AUG 1 3 2024

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

UNITED STATES OF AMERICA )
)
v. ) No. 2:24-CR-72
) JUDGE CORKER/WYRICK
PEYTON NICKLES )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that from in or about June 2023 to July 2023 in the Eastern District of Tennessee and elsewhere, the defendant, PEYTON NICKLES, did knowingly employ, use, persuade, induce, entice, or coerce the Minor Victim or knowingly attempted to employ, use, persuade, induce, entice, or coerce the Minor Victim to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and PEYTON NICKLES knew or had reason to know that such visual depictions would have been transported or transmitted using a means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or that such visual depictions were produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or such visual depictions had actually been transported or transmitted using a means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.[18 U.S.C. § 2251(a) and (e)]

A TRUE BILL:



FOREPERSON
Case 2:24-cr-00072-DCLC-CRW   Document 1   Filed 08/13/24   Page 1 of 2   PageID #: 1

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

BY: _____
THOMAS A. MCCAULEY
Assistant United States Attorney